JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAKIME JONES, | ) Case No. 5:21-cv-00071-JDE |
|     Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 23, "Stipulation to Remand"),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 18, 2022

                                                  JOHN D. EARLY
                                                  United States Magistrate Judge